**Motion Granted; Order filed November 29, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00011-CV
_____

**J.C. WALTER, III AND ET. AL., Appellants**

**V.**

**MARATHON OIL CORPORATION AND MARATHON E.G. LPG LIMITED,
Appellees**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2009-58805**

---

## ORDER

Appellants seek access to the sealed Third Supplemental Clerk's Record filed in this appeal. On October 9, 2012, this court ordered the trial court clerk to file redacted copies of the supplemental clerk's record. The clerk was also ordered to make a copy of the unredacted version of each page of the First Supplemental Clerk's Record on which a redaction was made and keep those pages under seal. The clerk was further ordered to file the redacted clerk's record and the sealed copies of the unredacted pages in this court.

The redacted supplemental clerk's record and the unredacted pages were filed with this court on November 14, 2012.

On November 19, 2012, appellants filed a motion seeking access for all parties to the sealed, unredacted pages so that they may review, check out, copy, and otherwise have access to the sealed contents to prepare their briefs. The motion is granted. Attorneys or their representatives for the parties in this appeal may check out the sealed record in this case.

PER CURIAM